# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JOOVV, INC., a Delaware Corporation,

        Plaintiff,

v.

PLATINUM LED HOLDINGS, LLC, a
Florida limited liability company

        Defendant.

CIVIL ACTION NO.:
**6:22-cv-00965-PGB-DC**


**JURY TRIAL DEMANDED**

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07, I certify that the instant action:

_____ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

/ / /

/ / /

/ / /

/ / /

**Dated: June 6, 2022.**

Respectfully Submitted,

THE CONCEPT LAW GROUP, P.A.
6400 N. Andrews Ave., Suite 500
Fort Lauderdale, Florida 33309
Tel: 754.300.1500; Fax: 754.300.1501

By: /s/ Alexander D. Brown
ALEXANDER D. BROWN, ESQ.
FLA. BAR NO. 0752665
abrown@conceptlaw.com
ADAM S. GOLDMAN, ESQ.
Fla. Bar. No. 86761
agoldman@conceptlaw.com
SCOTT D. SMILEY, ESQ.
FLA. BAR. NO. 678341
scott@conceptlaw.com